UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-41-03-JL

<u>Dionaliz Rodriguez Brito</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 159 ) filed by defendant is granted in part. The continuance is limited to 60 days; Final Pretrial is rescheduled to March 14, 2011 at 11:30; Trial is continued to the two-week period beginning March 22, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                                 United States District Judge

Date: December 20, 2010

cc:  Neil Faigel, Esq.
     Alexander R. Cain, Esq.
     Debra M. Walsh, AUSA
     Donald A. Feith, AUSA
     U.S. Marshal
     U.S. Probation