UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 09-cr-41-03-JL

<u>Dionaliz Rodriguez Brito</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 166 ) filed by defendant is granted; Final Pretrial is rescheduled to May 30, 2011 at 10:00; Trial is continued to the two-week period beginning June 7, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            _____
                                            Joseph N. Laplante
                                            United States District Judge

Date: March 10, 2011

cc:  Neil Faigel, Esq.
     Alexander R. Cain, Esq.
     Debra M. Walsh, AUSA
     Donald A. Feith, AUSA
     U.S. Marshal
     U.S. Probation